Where, pending appeal from a conviction of a felony, defendant died, and that fact was made to appear by an affidavit filed with the record, the state's motion to abate the appeal will be granted.

Appeal from District Court, Franklin County; J. A. Ward, Judge.

Rice Rutherford was convicted of assault to murder, and he appeals. Appeal abated.

E. A. Berry, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This appeal is from a conviction for assault to murder, the punishment being assessed at a term in the penitentiary.

Pending this appeal appellant died. This is made to appear by affidavit filed with the record. Under the authorities the state's motion to abate the appeal will be granted.

The appeal therefore is abated.

---

AMASON v. STATE. (No. 5275.)

(Court of Criminal Appeals of Texas. Feb. 5, 1919.)

CRIMINAL LAW ☞1090(1) — APPEAL — RE-VIEW.

Where the indictment is regular, nothing is presented for review in the absence of bills of exception and statements of fact.

Appeal from District Court, Shelby County; Daniel Walker, Judge.

Pate Amason was convicted of selling intoxicating liquors in local option territory, and he appeals. Affirmed.

E. A. Berry, Asst. Atty. Gen., for the State.

MORROW, J. This conviction was for the sale of intoxicating liquors in a locality in which such sale is prohibited by virtue of the local option statute.

In the absence of bills of exception and statement of facts, neither of which is found in the record, there is nothing presented for review; the indictment appearing regular.

The judgment of the lower court is affirmed.

---

AMASON v. STATE. (No. 5276.)

(Court of Criminal Appeals of Texas. Feb. 5, 1919.)

Appeal from District Court, Shelby County; Daniel Walker, Judge.

Pate Amason was convicted of violating the local option law, and he appeals. Affirmed.

E. A. Berry, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for violation of the local option law, the punishment being assessed at two years' confinement in the penitentiary.

Appellant pleaded guilty. There is neither a statement of facts nor bill of exceptions contained in the record. None of the grounds of the motion for new trial are in any wise verified so that they may be considered by this court.

The judgment is affirmed.